IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., formerly known as FAIRFIELD RESORTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARCHITECTS HAWAII LIMITED, GROUP PACIFIC (HAWAII), INC., DICK PACIFIC CONSTRUCTION CO., LTD., <br><br> Defendants. <br> _____ | CIVIL NO. 08-00236-DAE-LEK |
| ARCHITECTS HAWAII LIMITED, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> NOTKIN HAWAII INC.; DICK PACIFIC CONSTRUCTION CO., LTD; et al., <br><br> Third-Party Defendants. <br> _____ | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 21, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(c) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT GROUP PACIFIC (HAWAII), INC.'S PETITION FOR APPROVAL OF GOOD FAITH SETTLEMENT," docket entry number [286], are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 7, 2010.



_____
David Alan Ezra
United States District Judge

Wyndham Vacation Resorts, Inc. vs. Architects Hawaii, Limited, et al., Civil No. 08-00236 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION